1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Kenneth Cooley, et al., | No. CV-19-00850-PHX-DLR |
| 10              Plaintiffs, | **ORDER** |
| 11  v. | |
| 12  Air Methods Corporation, | |
| 13              Defendant. | |
| 14 | |

15      Before the Court is Plaintiffs' Unopposed Motion for Final Approval of Settlement

16  (Doc. 371).

17      On January 12, 2022, the Parties filed a Notice of Settlement. (Doc. 363.) In

18  response, the Court ordered the Parties to submit a joint motion for preliminary approval

19  of the settlement by February 2, 2022. (Doc. 364.) This deadline was subsequently

20  extended by the Court to February 9, 2022, and again to February 23, 2022. (Docs. 366 and

21  368.)  The Court additionally vacated all other deadlines and ordered that all pending

22  motions are denied as moot. (Doc. 364.)

23      On February 22, 2022, the Parties filed their joint motion for preliminary settlement

24  approval (Doc. 369), and on March 7, 2022, the Court granted the motion, requiring that

25  Defendant provide the settlement administrator with a list of collective members and

26  requiring that the administrator send notice of settlement to all collective members. (Doc.

27  370.) The Court further ordered that Plaintiffs' counsel file with the Court a motion for

28  final approval of the settlement within sixty days of the original mailing of the notice of

settlement and set the Final Approval hearing for June 16, 2022 at 10:00 a.m. (*Id.*)

The Parties have complied with the Court's order and now before the Court is the Plaintiffs' Unopposed Motion for Final Approval of Settlement.

The Court, having reviewed the Motion, Memorandum, and all accompanying papers; and having held a final approval hearing on June 16, 2022; and finding good cause to do so, **IT IS ORDERED** as follows:

(1)    Plaintiffs' Unopposed Motion for Final Approval of Settlement (Doc. 371) is GRANTED, and the Clerk of Court is directed to enter judgment accordingly;

(2)    the designated Settlement Administrator shall provide Collective Members with notice of final approval and entry of judgment via its website for a period of sixty days;

(4)    within thirty days after the effective date of the settlement, Defendant shall provide 50% of the Net Settlement Fund to the designated Settlement Administrator for immediate disbursement;

(5)    within one year after the effective date of the settlement, Defendant shall provide the remaining 50% of the Net Settlement Fund to the designated Settlement Administrator for immediate disbursement.

Dated this 21st day of June, 2022.


Douglas L. Rayes
United States District Judge